**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SYSTEMIFY, LLC, a Nevada limited liability company, | Case No.: 2:12-cv-000130-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| PACKETMOTION, INC., a California corporation, and VMWARE, INC., a Delaware corporation, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Before this Court is Plaintiff Systemify, LLC's Unopposed Motion to Extend Deadline to file its response Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Dkt. # 18). The Court is of the opinion that the motion should be granted.

Therefore, it is hereby ORDERED that the motion is GRANTED, and that the deadline for Systemify, LLC to respond to response Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Dkt. # 18) is extended to March 19, 2012.

**IT IS SO ORDERED** this 5th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge