| | |
|---|---|
| Scott E. Stevens, Esq. | E. Leif Reid (SBN 5750) |
| scott@stevenslove.com | LReid@LRLaw.com |
| Gregory P. Love, Esq. | Tara C. Zimmerman (SBN 12146) |
| greg@stevenslove.com | TZimmerman@LRLaw.com |
| Darrell G. Dotson, Esq. | **LEWIS & ROCA LLP** |
| darrell@stevenslove.com | 50 W. Liberty Street, Suite 410 |
| **STEVENS LOVE** | Reno, NV 89501 |
| 222 N. Fredonia Street | Telephone: (775) 321-3415 |
| PO Box 3427 | Facsimile: (775) 823-2929 |
| Longview, Texas 75601 | |
| Tel. (903) 753–6760 | Katherine Kelly Lutton *(admitted pro hac vice)* |
| Fax (903) 753-6761 | lutton@fr.com |
| | Shelley K. Mack *(admitted pro hac vice)* |
| Mark Borghese, Esq. | mack@fr.com |
| Nevada Bar No. 6231 | Leeron G. Kalay *(admitted pro hac vice)* |
| mark@borgheselegal.com | kalay@fr.com |
| **BORGHESE LEGAL, LTD.** | **FISH & RICHARDSON P.C.** |
| 10161 Park Run Drive, Suite 150 | 500 Arguello Street, Suite 500 |
| Las Vegas, Nevada 89145 | Redwood City, CA 94063 |
| Tel. (702) 382-0200 | Telephone: (650) 839-5070 |
| Fax (702) 382-0212 | Facsimile: (650) 839-5071 |
| | |
| Attorneys for Plaintiff SYSTEMIFY, LLC | Attorneys for Defendants VMWARE, INC. AND PACKETMOTION, INC. |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYSTEMIFY, LLC, a Nevada limited liability company, | ) ) Case No.: 2:12-cv-000130-GMN-PAL ) |
| Plaintiff, | ) ) |
| v. | ) **JOINT MOTION TO CONTINUE** ) **SETTLEMENT CONFERENCE** |
| PACKETMOTION, INC., a California corporation, and VMWARE, INC., a Delaware corporation, | ) ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) |

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Systemify, LLC, and Defendants, PacketMotion, Inc. and VMware, Inc., jointly move the court to continue the settlement conference currently scheduled for July 19, 2012, for the reasons more fully discussed below.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

1

Over the past few days, the parties have been discussing early resolution of this case, and have reached an agreement in principle on the terms for the resolution and disposition of this matter. As such, the parties do not believe it is necessary at this time to expend the resources of the Court or the respective parties to hold a settlement conference. All parties have agreed to this continuance so that the parties may finalize the appropriate papers for resolution of the present action. This continuance is sought solely because the parties believe this matter is likely to be resolved imminently, and not for the purpose of delay or any other improper objective.

For the reasons above, the parties respectfully request that this joint motion to continue the settlement conference be granted.

Respectfully Submitted,

**STEVENS LOVE**

/s/ Darrell G. Dotson
Scott E. Stevens, Esq.
Gregory P. Love, Esq.
Darrell G. Dotson, Esq.
222 N. Fredonia Street
PO Box 3427
Longview, Texas 75601
Tel. (903) 753–6760
Fax (903) 753-6761

**BORGHESE LEGAL, LTD.**
Mark Borghese, Esq.

10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff SYSTEMIFY, LLC

**FISH AND RICHARDSON, P.C.**

/s/ Katherine K. Lutton
Katherine Kelly Lutton (admitted *pro hac vice*)
Shelley K. Mack (*admitted pro hac vice*)
Leeron G. Kalay (*admitted pro hac vice*)
500 Arguello Street, Suite 500
Redwood City, CA 94063

2

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

Telephone: (650) 839-5070
Facsimile: (650) 839-5071

**LEWIS & ROCA LLP**
E. Leif Reid (SBN 5750)
Tara C. Zimmerman (SBN 12146)
50 W. Liberty Street, Suite 410
Reno, NV 89501
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

Attorneys for Defendants
VMWARE, INC. AND PACKETMOTION, INC.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

3

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of July, 2012.

                                                        /s/ Katherine K. Lutton
                                                        Katherine K. Lutton

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE, SUITE 150
LAS VEGAS, NEVADA 89145
(702) 382-0200

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYSTEMIFY, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PACKETMOTION, INC., a California corporation, and VMWARE, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.: 2:12-cv-000130-GMN-PAL<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**JURY TRIAL DEMANDED** |

　　　Before this Court is Plaintiff Systemify, LLC's and Defendants PacketMotion, Inc.'s and VMware, Inc.'s Joint Motion to Continue the Settlement Conference currently scheduled for July 19, 2012. After reviewing the Joint Motion and for good cause shown, the Court is of the opinion that the motion should be granted.

　　　Therefore, the parties' Joint Motion to Continue the Settlement Conference is GRANTED. The settlement conference presently scheduled for July 19, 2012 is continued to Ugrvgodgt"9."2012."cv"; 52"c0o0"

　　　IT IS SO ORDERED.

DATED: July 18, 2012

_____
UNITED STATES OCIKUVTCG JUDGE

1